FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-990-DMG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| Eric Hines | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )   the appearance of defendant as required; and/or
(B)  (✓)   the safety of any person or the community.

//
//

1  The court concludes:
2  A.    (✓)   Defendant poses a risk to the safety of other persons or the community
3              because defendant has not demonstrated by clear and convincing
4              evidence that:
5              he does not pose a risk to safety of others in
6              the community given the allegations of unauthorized
7              travel, use of controlled substances and recent
8              guilty plea to violation of community supervision
9              in Memphis.
10 (B)   ( )   Defendant is a flight risk because defendant has not shown by clear
11             and convincing evidence that:
12             _____
13             _____
14             _____
15             _____
16
17        IT IS ORDERED that defendant be detained.
18
19 DATED: 5-2-14
20
21
22
23                                    ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2